ACCEPTED
03-15-00365-CV
6344212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 11:12:16 AM
JEFFREY D. KYLE
CLERK

# MOSSER LAW PLLC

## LAWYERS

2805 DALLAS PARKWAY, SUITE 222 • PLANO, TEXAS 75093 • 972-733-3223 • FAX: 469-626-1073
**MOSSERLAW.COM**

August 4, 2015



**EFILE**
JEFFREY D. KYLE, CLERK
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
512-463-1733

RE:     Court of Appeals Number: 03-15-00365-CV; James C. Mosser and Mosser Law
        PLLC v. Bob Mims.

Trial Court Case Number: C130102C

Dear Clerk:

I am in receipt of your letter dated 29 July 2015. The court reporter has never requested payment or sent an invoice for payment to the undersigned.

The court reporter did not send a copy of the notice she apparently sent to this court to the undersigned. In fact the court reporter stated that your office told her not to copy the undersigned. That seems very irregular. I believe that every communication with the court should include a copy of that communication to the attorney of record, the undersigned. Clearly the Tom Green District Clerk observes that protocol as does this court.

Payment has been received by the reporter as ordered by the court.

Respectfully, *MOSSER LAW PLLC LAWYERS*

/s/ James C. Mosser
by: James C. Mosser, Lawyer

JCM:dd


Court of Appeals Number: 03-15-00365-CV; James C. Mosser and Mosser Law PLLC v. Bob Mims.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document was delivered pursuant to Tex. R. Civ. P. 21a to counsel of record on August 4, 2015:


/s/ James C. Mosser
James C. Mosser

Court of Appeals Number: 03-15-00365-CV; James C. Mosser and Mosser Law PLLC v. Bob Mims.

FILE COPY



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

July 29, 2015

Mr. James C. Mosser
Mosser Law PLLC
17110 Dallas Pkwy Ste 290
Dallas, TX 75248-1115
* DELIVERED VIA E-MAIL *


RE:     Court of Appeals Number:     03-15-00365-CV
        Trial Court Case Number:     C130102C

Style:   James C. Mosser and Mosser Law PLLC
            v. Bob Mims


Dear Counsel:

The reporter's record was due in this Court on **July 10, 2015** and is overdue. The Court has been informed by April Drake, the court reporter, that appellant has neither paid, nor made arrangements for payment, for the reporter's record. Accordingly, the reporter's record will not be filed.

If appellant does not notify this Court that payment arrangements have been made for the record, or otherwise respond to this notice on or before **Monday, August 10, 2015**, the Court will consider the appeal without the reporter's record. *See* Tex. R. App. P. 37.3(c)**.** If the appeal is submitted for decision without a reporter's record, appellant will be expected to file a brief on or before **August 28, 2015**.


Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk


cc:     Mr. Larry W. Bale

# MOSSER LAW PLLC

## LAWYERS

2805 DALLAS PARKWAY, SUITE 222 • PLANO, TEXAS 75093 • 972-733-3223 • FAX: 972-267-5072
MOSSERLAW.COM

July 30, 2015

**VIA FACSIMILE at 325-658-8046**
Ms. April Drake
Associate Court Reporter
340th District Court
112 West Beauregard
San Angelo, Texas 76903
Telephone: (325) 659-6575

RE:     Request for Reporter's Record: Cause No. C 130102 C,
        *Ben Melton v. CU Member's Mortgage, a division of Colonial
        Savings, F.A., First Western Title., and Bob Mims;* Reporter's
        Record for Appellate Cause No. 03-15-00365-CV

Dear Ms. Drake:

In accordance with TEX. R. APP. P. 34.6(b), I am amending my prior request to prepare the official reporter's record in the aforementioned case to include in that record the following item:

1.      Transcript from Hearing on 01/07/2015. - Per our conversation on July 30, 2015, this will cost $230.00 and will include a Master Index and Exhibit Index and all exhibits

Please file the Reporters's Record in the above referenced case with the Third Court of Appeals prior to August 10, 2015. Thank you.

Respectfully, *MOSSER LAW PLLC LAWYERS*


/s/ Paul J. Downey
by: Paul J. Downey, Lawyer.

| Addressee | Start Time | Time | Prints | Result | Note |
|-----------|-----------|------|--------|--------|------|
| 3256588046 | 07-30 16:49 | 00:00:29 | 001/001 | OK | |

Note    TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:DC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result    OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

# MOSSER LAW PLLC

### LAWYERS

2805 DALLAS PARKWAY, SUITE 222 • PLANO, TEXAS 75093 • 972-733-3223 • FAX: 972-267-5072
MOSSERLAW.COM

July 30, 2015

**VIA FACSIMILE at 325-658-8046**
Ms. April Drake
Associate Court Reporter
340th District Court
112 West Beauregard
San Angelo, Texas 76903
Telephone: (325) 659-6575

RE:    **Request for Reporter's Record: Cause No. C 130102 C,**
       **Ben Melton v. CU Member's Mortgage, a division of Colonial**
       **Savings, F.A., First Western Title., and Bob Mims; Reporter's**
       **Record for Appellate Cause No. 03-15-00365-CV**

Dear Ms. Drake:

In accordance with TEX. R. APP. P. 34.6(b), I am amending my prior request to prepare the official reporter's record in the aforementioned case to include in that record the following item:

1.    Transcript from Hearing on 01/07/2015. - Per our conversation on July 30, 2015, this will cost $230.00 and will include a Master Index and Exhibit Index and all exhibits

Please file the Reporters's Record in the above referenced case with the Third Court of Appeals prior to August 10, 2015. Thank you.

Respectfully, *MOSSER LAW PLLC LAWYERS*

/s/ Paul J. Downey
by: Paul J. Downey, Lawyer.

# MOSSER LAW PLLC

2805 DALLAS PARKWAY, SUITE 222 • PLANO, TEXAS 75093 • 972-733-3223 • FAX: 469-626-1073
MOSSERLAW.COM

July 31, 2015

**Via CMRRR 7010 1670 0002 5439 2457**
April Drake
340th District Court
112 West Beauregard, Suite C
San Angelo, TX 76903-5835

Re:   Cause No. C130102C; 3rd Court of Appeals No. 03-15-00365-CV
      *James C. Mosser and Mosser Law, PLLC v. Bob Mims*

Dear Ms. Drake:

Enclosed is *MOSSER LAW PLLC*'s check number 4128 in the amount of $230.00 for the Reporters Record in the above-referenced matter.

Please contact me personally if you have any questions.

Respectfully, *MOSSER LAW PLLC*

James C. Mosser

---

CASH ONLY IF ALL CheckLock ™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

4128

AMEGY BANK NA
35-1125/1130

MOSSER LAW PLLC

7/30/2015

PAY TO THE ORDER OF   April Drake                                  $ **230.00

Two Hundred Thirty and 00/100************************************************************************ DOLLARS

April Drake

VOID AFTER 90 DAYS

Dmesser

MEMO   031500365CV

⑆004128⑆ ⑆113011258⑆ ⑆000392496 3⑆

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7010 1670 0002 5939 2457

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

### OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To APRIL DRAKE

Street, Apt. No.; or PO Box No. 112 W BEAUREGARD # C

City, State, ZIP+4 SAN ANGELO TX 76903

PS Form 3800, August 2006                     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

APRIL DRAKE
112 W BEAUREGARD
SUITE C
SAN ANGELO TX 76903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
   ☑ Addressee

B. Received by ( Printed Name ) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



# USPS Tracking®



**Customer Service ›**
**Have questions? We're here to help.**



**Get Easy Tracking Updates ›**
**Sign up for My USPS.**

**Tracking Number: 70101670000259392457**

**Updated Delivery Day: Monday, August 3, 2015**

## Product & Tracking Information

**Postal Product:**          **Features:**
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 3, 2015 , 9:52 am** | **Delivered** | **SAN ANGELO, TX 76902** |

Your item was delivered at 9:52 am on August 3, 2015 in SAN ANGELO, TX 76902.

| | | |
|---|---|---|
| August 3, 2015 , 8:49 am | Available for Pickup | SAN ANGELO, TX 76902 |
| August 3, 2015 , 8:48 am | Arrived at Unit | SAN ANGELO, TX 76902 |
| August 2, 2015 , 10:21 pm | Departed USPS Facility | ABILENE, TX 79601 |
| August 2, 2015 , 11:43 am | Arrived at USPS Facility | ABILENE, TX 79601 |
| August 1, 2015 , 11:39 pm | Departed USPS Facility | COPPELL, TX 75099 |
| August 1, 2015 , 11:27 pm | Arrived at USPS Facility | COPPELL, TX 75099 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

[                              ]   **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



Search or Enter a Tracking Number